UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeremiah Herbert,<br><br>                    Plaintiff,<br>v.<br><br>Lynch, et. al.<br><br>                    Defendants. | Doc. No.: 22-cv-6303<br><br>**ORDER TO PRODUCE** |

     Upon a Rescheduling Order of this Court requiring the presence of Jeremiah Herbert, DIN   23-B-1459, who is incarcerated at Elmira Correctional Facility, 1879 Davis Street, Elmira, New York 14901;

     **NOW THEREFORE**, it is hereby

     **ORDERED** that the Elmira Correctional Facility produce Jeremiah Herbert for a telephonic conference to be held on May 3, 2023 at 10:00 am.

Enter:

Dated:  April  28 , 2023

_____
Honorable Paul E. Davidson

1