UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeremiah Herbert,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Lynch, et. al.<br><br>　　　　　　Defendants. | Doc. No.: 22-cv-6303<br><br>**ORDER TO PRODUCE** |

　　　Upon an Order of this Court allowing defendants to depose plaintiff, and requiring the presence of Jeremiah Herbert, DIN 23-B-1459, who is incarcerated at Elmira Correctional Facility, 1879 Davis Street, Elmira, New York 14901;

　　　**NOW THEREFORE**, it is hereby

　　　**ORDERED** that the Elmira Correctional Facility produce Jeremiah Herbert for a deposition via video-conferencing to be held on June 5, 2023 at 9:30 am or at a date and time mutually agreeable to the parties.

Enter:

Dated: May 4, 2023

_____
Honorable Paul E. Davison

1