UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Herbert,

                    Plaintiffs,

      -against-

Lynch,

                    Defendant.

-----------------------------------------------------------------X

7-22-cv-06303- NSR-VR

**ORDER RE STAUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for August 9, 2023 at 12 PM

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference.

                                       **SO ORDERED.**

DATED:    White Plains, New York
                July 18, 2023

                                       VICTORIA REZNIK
                                       United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/2023