UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Herbert,

                              Plaintiffs,                7-22-cv-06303- NSR-VR

            -against-                   **ORDER RE STAUS CONFERENCE**

Lynch,

                              Defendant.

-------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for August 16, 2023 at 10 AM

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference.

      **The Plaintiff is directed to provide the court with an updated address by submitting a letter to the attention of the Pro Se Unit at 300 Quarropas St., White Plains, NY 10601**.

**Re: Incarcerated Prisoners**

      *Incarcerated petitioners/plaintiffs* shall participate in the conference by telephone *(in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

                                                    **SO ORDERED.**

DATED:    White Plains, New York
                July 18, 2023

                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge