UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Jeremiah F. Herbert,

         Plaintiff,

   -against-

Charles Lynch, et al.,

         Defendants.

----------------------------------------------------------------X

7:22-CV-6303 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

  Plaintiff is pro se, incarcerated, and proceeding in forma pauperis. By recent letter and motion, dated July 24, 2023, Plaintiff moves for appointment of pro bono counsel and requests that "a proper conference date be set to consult with regards to discovery being complete." (ECF Nos. 56 (Ltr.), 57 (Mot.)).

  Plaintiff has previously moved for appointment of pro bono counsel. (*See* ECF No. 45). On July 11, 2023, the Court denied Plaintiff's motion without prejudice. (*See* ECF No. 47 (Order)). Plaintiff's present motion is **DENIED** for the same reasons as those articulated in the Court's July 11, 2023, Order. (*See id.*).

  Additionally, Plaintiff is reminded that on July 18, 2023, the Court scheduled a telephonic Status Conference for **August 16, 2023**, at **10:00 AM**. (ECF No. 53 (Order)). Plaintiff's discovery concerns will be addressed at the scheduled conference.

  Further, the Court observes that Plaintiff might not have received all of the Court's earlier correspondence. For example, the docket reflects that the Court's July 12, 2023, memo endorsement was received by the Court as returned mail. Plaintiff's address of record is Sullivan

County Jail, 58 Old Route 17, Monticello, New York 12701.  However, the Department of Corrections and Community Supervision database reflects that Plaintiff is currently incarcerated at Clinton Correctional Facility, 1156 Route 374, P.O. Box 2001, Dannemora, New York, 12929-2000.  *See Incarcerated Lookup*, DEP'T OF CORR. & CMTY. SUPERVISION, https://nysdoccslookup.doccs.ny.gov (last visited July 28, 2023) (search DIN 23B1459).  Plaintiff's recent filings corroborate that he is currently incarcerated at Clinton Correctional Facility.  (*See, e.g.*, ECF No. 57 at 3).  Accordingly, the Clerk of Court is directed to mail copies of this order, the docket sheet, and ECF Nos. 41, 44, 47, 49, 53, and 55, to Plaintiff at his address at Clinton Correctional Facility.

**Plaintiff is reminded that he has an obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.  Accordingly, Plaintiff is directed to promptly update his address by completing and returning the attached Notice of Change of Address to the Pro Se Unit at 300 Quarropas Street, White Plains, New York 10601.**

The clerk of court is respectfully directed to terminate the motion for appointment of pro bono counsel.  (ECF No. 57).

**SO ORDERED.**

DATED:   White Plains, New York
         July 28, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge

IH-34 Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____
Address           City           State           Zip Code

_____
Telephone Number           E-mail Address (if available)

_____
Date           Signature