UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeremiah Herbert,<br><br>               Plaintiff,<br>v.<br><br>Lynch, et. al.<br><br>               Defendants. | Doc. No.: 22-cv-6303<br><br>**ORDER TO PRODUCE** |

Upon an Order of this Court allowing defendants to depose plaintiff, and requiring the presence of Jeremiah Herbert, DIN 23-B-1459, who is incarcerated at Clinton Correctional Facility, 1156 Cook St., Dannemora, New York 12929;

**NOW THEREFORE**, it is hereby

**ORDERED** that the Clinton Correctional Facility produce Jeremiah Herbert for a telephonic conference to be held on August 16 at 10:00 a.m.

Dated:  August 3, 2023

Entered:

_____
Honorable Victoria Reznik