UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Herbert,

         Plaintiff(s),         7:22-cv-6303-NSR-VR

     -against-

Lynch,                 **ORDER RE**
                     **SETTLEMENT CONFERENCE**
         Defendant(s).     **PROCEDURES**
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

  This matter is scheduled for a remote settlement conference on the Teams videoconferencing platform before Magistrate Judge Victoria Reznik on March 26, 2024, at 10 am. Counsel will be provided with the Teams links by email before the conference. The following procedures shall apply.

  **Confidentiality.** All settlement conferences are "off the record" and strictly confidential. All communications relating to settlement may not be used in discovery and will not be admissible at trial.

  SO ORDERED.

DATED:  White Plains, New York
      March 25, 2024

                   _____
                   VICTORIA REZNIK
                   United States Magistrate Judge

**Re: Incarcerated Prisoners**

  *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*