Case 7:22-cv-06303-NSR-VR   Document 110   Filed 03/26/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Herbert,

                         Plaintiff(s),

          -against-

Lynch,

                        Defendant(s).
-----------------------------------------------------------------X

7:22-cv-06303-NSR-VR

**ORDER RE SETTLEMENT CONFERENCE PROCEDURES**

**VICTORIA REZNIK, United States Magistrate Judge:**

This matter is scheduled for a remote ex parte conference regarding settlement on the ATT Conference line before Magistrate Judge Victoria Reznik on **March 29, 2024, at 10 am**. The dial in information is 877-336-1839, access code 5999739; the security code will be emailed to the facility.

**Confidentiality.** All settlement conferences are "off the record" and strictly confidential. All communications relating to settlement may not be used in discovery and will not be admissible at trial.

**Re: Incarcerated Prisoners**

*Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone. The call will occur on AT&T Conference Line (877) 336-1839, Access Code 5999739, security code to be provided separately.*

.

      **SO ORDERED.**

DATED:    White Plains, New York
               March 26, 2024

                                                    _____
                                                       VICTORIA REZNIK
                                                       United States Magistrate Judge