USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeremiah F. Herbert,

                     Plaintiff,

  -against-

Charles Lynch, et al.,

                     Defendants.

7:22-cv-6303 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within ninety (90) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 90 days with a request that the agreement be "so ordered" by the Court. The Court additionally vacates the briefing schedule for Defendants' motion for summary judgment (*see* ECF No. 111) and directs the Clerk of Court to a mail a copy of this Order to *pro se* Plaintiff and show proof of service on the docket.

Dated:   March 29, 2024
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge